**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-1748<br>MDL No. 2545<br>Hon. Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO:<br><br>Walter Zydel<br>Case No. 1:16-cv-03216<br><br>v.<br><br>AbbVie Inc., et al. | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel hereby stipulate that all claims of Plaintiff Walter Zydel in the above-captioned matter, against all defendants are dismissed with prejudice, with each party to bear its own costs and attorneys' fees. Counsel for all parties who have appeared have signed this stipulation below.


*/s/Charles G. Orr*  */s/Christopher Boisvert*
Charles G. Orr  Christopher Boisvert
The Mulligan Law Firm  Dechert LLP
3710 Rawlins Street, Suite 901  Cira Centre
Dallas, TX 75219  2929 Arch St.
Phone: (214) 219-9779  Philadelphia, PA 19104
Email: corr@mulliganlaw.com  (215) 994-2312
*Counsel for Plaintiff*  Email: chip.boisvert@dechert.com
  *Counsel for Defendants AbbVie and Abbott*

1

*/s/Kenneth P. Conour*
Kenneth P. Conour
Taylor Mayes
Butler Snow LLP
150 3rd Avenue South
Suite 1600
Nashville, TN 37201
(615) 651-6700
kenneth.conour@butlersnow.com
taylor.mayes@butlersnow.com
*Counsel for Defendants AbbVie and Abbott*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 6, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Charles G. Orr